JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| NIYATII WINTERS,<br><br>Plaintiff,<br><br>v.<br><br>DR. SAWERIS et al.,<br><br>Defendants. | Case No. ED CV 17-00538-JVS (DFM)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

Date: October 29, 2020

_____
JAMES V. SELNA
United States District Judge